UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYLVIA ALVAREZ,

      Plaintiff,      21 **CIVIL** 885 (VEC)(GRJ)

  -against-         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
       Defendant.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 14, 2022, with no clear error in Judge Jones's analysis or conclusions, the Court has adopted the R&R in full. Plaintiff's motion to remand the case for further administrative proceedings is GRANTED. Defendant's motion for judgment on the pleadings is DENIED. Because the R&R gave the parties adequate warning, see R&R at 22-23, the failure to file any objections to the R&R precludes appellate review of this decision. See Mario v. P & C Food Mkts., Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision.") (citation omitted); accordingly, the case is closed.

**Dated:** New York, New York
    July 14, 2022

                **RUBY J. KRAJICK**

                _____
                **Clerk of Court**
        **BY:** *K. Mango*
                _____
                **Deputy Clerk**